States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Ernest Macpherson* for petitioner. *Mr. Edmund F. Trabue, Mr. George DuRelle* and *Mr. Attilla Cox, Jr.*, for respondent in No. 714, and *Mr. Alexander Pope Humphrey* for respondents in No. 715.

———————

No. 731. THE UNITED STATES, PETITIONER, *v.* JOHN W. DICKINSON. May 4, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit granted. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Frank W. Hackett* and *Mr. Samuel L. Powers* for respondent.

———————

No. 719. G. & C. MERRIAM COMPANY, PETITIONER, *v.* GEORGE W. OGILVIE. May 4, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. W. B. Hale, Mr. Charles N. Judson* and *Mr. Frank F. Reed* for petitioner. No appearance for respondent.

———————

No. 726. GRACE GLEASON ET AL., PETITIONERS, *v.* THE DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY. May 4, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John W. Griggs* for petitioners. *Mr. John G. Johnson* for respondent.

———————

No. 732. LEMERT S. COOK, PETITIONER, *v.* THE UNITED STATES. May 4, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. A. M. Imbrie* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.